IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BRIAN L. DOBRY,

    Plaintiff,

v.                                                                                                No. 21-cv-0598 JCH-LF

SECRETARY OF THE
DEPARTMENT OF CORRECTIONS, *et al*,

    Defendants.

## ORDER TO CURE DEFICIENCIES

This matter is before the Court on Plaintiff's letter raising civil rights violations (Doc. 1). Also before the Court is Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2). Plaintiff was previously incarcerated and is proceeding *pro se*. His financial information reflects he cannot afford to prepay the $402 civil filing fee. The Court will therefore grant the Motion (Doc. 2), which reduces the fee to $350. Plaintiff remains obligated to pay that amount at a later time. As to the letter-complaint, Plaintiff seeks over $15 million in damages after prison officials allegedly collected his DNA in violation of the Constitution. The Court will direct Plaintiff to re-file his claims on the form Civil Rights Complaint, which provides more detail, within thirty (30) days of entry of this Order. The Clerk's Office will mail Plaintiff a copy of that form complaint. The failure to timely comply with this Order will result in dismissal of the case without prejudice.

**IT IS ORDERED** that Plaintiff's Motion to Proceed *In Forma Pauperis* (**Doc. 2**) is **GRANTED**.

**IT IS FURTHER ORDERED** within thirty (30) days of entry of this Order, Plaintiff shall refile his claims on the proper § 1983 form.

**IT IS FINALLY ORDERED** that the Clerk's Office shall **MAIL** Plaintiff a form § 1983 complaint.

_____
UNITED STATES MAGISTRATE JUDGE