IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BRIAN L. DOBRY,

    Plaintiff,

v.                                                      2:21-cv-00598-JCH-LF

ALISHA TAFOYA LUCERO,
Cabinet Secretary, and
MICHAEL CHAVEZ,
#732 Intake Officer at RDC,
Los Lunas, NM

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition ("PFRD") on November 1, 2023. Doc. 22. The proposed findings notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review. *Id.* at 10. To date, the parties have not filed any objections.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 22) are ADOPTED;

2. The Court grants defendants' motion to dismiss (Doc. 17) and dismisses Mr. Dobry's § 1983 claim with prejudice because it is barred by the statute of limitations; and

3. The Court declines to exercise supplemental jurisdiction over Mr. Dobry's defamation claim and dismisses that claim without prejudice.

                                                        SENIOR UNITED STATES DISTRICT JUDGE